UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONDELL GREGORY CROCKER,

                Plaintiff,

-against-

N.Y.P.D., TRANSIT DISTRICT #2,

                Defendant.

26-cv-0723 (KMW)

CIVIL JUDGMENT

For the reasons stated in the May 18, 2026, order, the Court dismisses this action for failure to state a claim on which relief may be granted..

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:    May 21, 2026
          New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge